RICHARD S. HARTUNIAN
United States Attorney for the
Northern District of New York
By: DENNIS J. CANNING
Special Assistant United States Attorney
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278-0004
Tel. (212) 264-2082
Fax. (212) 264-6372



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X

RANDI L. WOODWORTH,

        Plaintiff,

   - v. -

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
------------------------------------X

STIPULATION AND ORDER OF REMAND

No. 7:12-cv-1443(NAM/TAD)

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the attorney for the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

1

The undersigned hereby consent to the form and entry of the within order.

Dated: January 10, 2013

        CONBOY, McKAY, BACHMAN & KENDALL, LLP
Attorney for Plaintiff

By: /s/ Peter L. Walton
Peter L. Walton, Esq.
Bar No. 506837

RICHARD S. HARTUNIAN
United States Attorney for the
Northern District of New York

By: /s/ Dennis J. Canning
Dennis J. Canning
Special Assistant United States Attorney
Bar No. 513652

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE
January 15, 2013

2