# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Randi L. Woodworth**
  Plaintiff
 vs.        **CASE NUMBER: 7:12-CV-1443 (NAM/TWD)**

**Michael J. Astrue, Commissioner of Social Security**
  Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), for further administrative proceedings.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 15th day of January, 2013.

DATED: January 16, 2013

                *Lawrence K. Baerman*
                Clerk of Court


                s/
                Nicole Killius
                Deputy Clerk